FILED
MAY 25 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06-cr-2698-2 |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER |
| MIGUEL SANCHEZ-PARDO | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that defendant's <u>unopposed</u> motion for early termination of his term of supervised release is granted.

**IT IS SO ORDERED.**

DATED: May 24th 2010

_____
HONORABLE GORDON THOMPSON
United States District Judge